

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of C.C.C. and                    * From the 90th District Court
D.D.C., children,                                  of Stephens County,
                                                   Trial Court No. CV32118A.

No. 11-23-00041-CV                               * August 17, 2023

                                                 * Memorandum Opinion by Williams, J.
                                                   (Panel consists of: Bailey, C.J.,
                                                   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court, and we remand this cause to the trial court for further proceedings. Any proceeding on remand must be commenced within 180 days of this court's mandate. TEX. R. APP. P. 28.4 (c).